CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**
DEC 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JUDICIAL WATCH, INC. )
)
) CASE NUMBER 1:05CV02447
)
     Plaintiff ) JUDGE: Ellen Segal Huvelle
  vs )
) DECK TYPE: General Civil
FEDERAL BUREAU OF INVESTIGATION )
and )
U.S. DEPARTMENT OF STATE ) DATE STAMP: 12/22/2005
)
     Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Judicial Watch, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Judicial Watch, Inc.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Paul J. Orfanedes_
Signature

__429761__
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

501 School Street, SW, Suite 500
Address

Washington    DC    20024
City          State    Zip Code

(202) 646-5172
Phone Number