IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>FEDERAL BUREAU OF )<br>INVESTIGATION, *et al.*, )<br>)<br>    Defendant )<br>_____) | Case No. 1:05-CV-2447 (ESH) |

**STIPULATION AND PROPOSED ORDER**

In order to provide for efficient and timely resolution of this matter, Plaintiff Judicial Watch, Inc. and Defendants Federal Bureau of Investigation ("FBI") and United States Department of State ("DOS") hereby stipulate and agree as follows:

1.  Plaintiff's Freedom of Information Act request to DOS shall be construed to seek records related to the rendition of prisoners to foreign powers after September 11, 2001 for purposes of interrogation.

2.  On or before December 29, 2006, DOS shall produce all non-exempt records responsive to paragraph 1. With its production, DOS shall indicate the number of records being withheld in part or in full, and the statutory authority or authorities for withholding each of those records.

3.  On or before April 14, 2006, FBI shall produce a *Vaughn* index/affidavit of all records withheld from its production to Plaintiff in early January 2006.

4.  On or before May 15, 2006, Plaintiff shall notify counsel for Defendants whether Plaintiff intends to challenge any of the FBI's withholding, and, if so, which such withholdings.

The parties shall then negotiate in good faith to set a briefing schedule, which shall take into account the volume of withholdings Plaintiff is challenging, affording each party adequate time to prepare documents necessary for the Court's consideration of any such challenges. If the parties are unable to agree on a briefing schedule by May 22, 2006, the parties shall ask the Court to set an appropriate briefing schedule with respect to any challenges by Plaintiff to the FBI's withholdings.

5. Similarly, upon completion of DOS's production of all non-exempt, responsive records on or before December 29, 2006, the parties shall negotiate in good faith to a set a schedule for Plaintiff to notify Defendants' counsel of any challenges to DOS's withholdings and a briefing schedule (including production of a *Vaughn* index/affidavit).

| | |
|---|---|
| Dated:  February 22, 2006 | Respectfully submitted, |
| | |
| PETER D. KEISLER<br>Assistant Attorney General | JUDICIAL WATCH, INC. |
| | |
| KENNETH L. WAINSTEIN<br>United States Attorney | _____/s/_____<br>PAUL J. ORFANEDES |
| Federal Programs Branch | D.C. Bar No. 429716<br>MEREDITH L. DI LIBERTO<br>D.C. Bar No. 487733<br>Suite 500 |
| _____/s/_____<br>ELIZABETH J. SHAPIRO | 501 School Street, S.W.<br>Washington, DC  20024 |
| Assistant Branch Director<br>D.C. Bar No. 418925 | Tel:    (202) 646-5172<br>Fax:   (202) 646-5199 |
| JEFFREY M. SMITH<br>Trial Attorney | *Counsel for Plaintiff* |
| D.C. Bar No. 467936<br>Civil Division, Federal Programs Branch<br>U.S. DEPARTMENT OF JUSTICE<br>20 Massachusetts Avenue, N.W., Rm. 7322<br>Washington, D.C.  20001<br>Tel:    (202) 514-5751<br>Fax:   (202) 616-8470 | |

*Counsel for Defendants*

  SO ORDERED this ___ day of _____, 2006.


  _____
  The Hon. Ellen Segal Huvelle, U.S.D.J.