## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-CV-2447 (ESH) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendants | ) ) | |

### STIPULATION AND PROPOSED ORDER

The parties hereby stipulate to the dismissal of Plaintiff's claim against Defendant Federal Bureau of Investigation with prejudice. Plaintiff's claim against Defendant United States Department of State shall continue, and paragraphs 1, 2, and 5 of the Court's Order of February 23, 2006 shall remain in force.

| | |
|---|---|
| Dated: June 14, 2006 | Respectfully submitted, |
| | |
| PETER D. KEISLER<br>Assistant Attorney General | JUDICIAL WATCH, INC. |
| | |
| KENNETH L. WAINSTEIN<br>United States Attorney | _____/s/_____<br>PAUL J. ORFANEDES |
| Federal Programs Branch | D.C. Bar No. 429716<br>MEREDITH L. DI LIBERTO<br>D.C. Bar No. 487733<br>Suite 500 |
| _____/s/_____<br>ELIZABETH J. SHAPIRO<br>Assistant Branch Director<br>D.C. Bar No. 418925<br>JEFFREY M. SMITH<br>Trial Attorney<br>D.C. Bar No. 467936<br>Civil Division, Federal Programs Branch<br>U.S. DEPARTMENT OF JUSTICE<br>20 Massachusetts Avenue, N.W., Rm. 7322<br>Washington, D.C. 20001<br>Tel:  (202) 514-5751<br>Fax:  (202) 616-8470 | 501 School Street, S.W.<br>Washington, DC 20024<br>Tel:  (202) 646-5172<br>Fax:  (202) 646-5199<br><br>*Counsel for Plaintiff* |
| *Counsel for Defendants* | |

SO ORDERED this \_\_\_ day of _____, 2006.

_____
The Hon. Ellen Segal Huvelle, U.S.D.J.