**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JUDICIAL WATCH, INC.,                )
                                     )
           Plaintiff,                )
                                     )
        v.                           )          Case No. 1:05-CV-2447 (ESH)
                                     )
FEDERAL BUREAU OF                    )
INVESTIGATION, *et al.*,             )
                                     )
           Defendant                 )
_____)

**<u>STIPULATION OF DISMISSAL</u>**

The parties, by counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure hereby stipulate and agree to the dismissal of this action, with prejudice, all parties to

bear their own attorney's fees and costs.

Dated:  January 12, 2007

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

Federal Programs Branch



ELIZABETH J. SHAPIRO
Assistant Branch Director
D.C. Bar No. 418925
JEFFREY M. SMITH
Trial Attorney
D.C. Bar No. 467936
Civil Division, Federal Programs Branch
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, N.W., Rm. 7322
Washington, D.C.  20001
Tel:    (202) 514-5751
Fax:    (202) 616-8470

*Counsel for Defendants*

Respectfully submitted,

JUDICIAL WATCH, INC.



PAUL J. ORFANEDES
D.C. Bar No. 429716
MEREDITH L. DI LIBERTO
D.C. Bar No. 487733
Suite 500
501 School Street, S.W.
Washington, DC  20024
Tel:    (202) 646-5172
Fax:    (202) 646-5199

*Counsel for Plaintiff*


SO ORDERED this ___ day of _____, 2007.


_____
The Hon. Ellen Segal Huvelle, U.S.D.J.